# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MARGARET J. GALLO, INDIVIDUALLY AND AS ADMINISTRATRIX DBN CTA OF THE ESTATE OF JOSEPH J. GALLO SR., | : No. 280 WAL 2015 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| CONEMAUGH HEALTH SYSTEM, INC., CONEMAUGH VALLEY MEMORIAL HOSPITAL, CONEMAUGH VALLEY MEMORIAL HOSPITAL, D/B/A MEMORIAL MEDICAL CENTER, CONEMAUGH HEALTH INITIATIVES, INC., CONEMAUGH HEALTH INITIATIVES, INC., D/B/A CONEMAUGH PHYSICIAN GROUP, LAUREL GROUP ANESTHESIA, P.C., ASHOK PADHIAR, M.D., RANDY JOHNSON, CRNA, CONEMAUGH HEALTH INITIATIVES, INC., D/B/A CONEMAUGH VALLEY SURGEONS, RUSSELL DUMIRE, M.D., AND HANNA KIM, D.O., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.